# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
### ROBERT H. JACKSON U.S. COURTHOUSE
### 2 NIAGARA SQUARE
### BUFFALO, NEW YORK 14202

CARL L. BUCKI
Chief U.S.B.J

December 16, 2020

(716) 362-3281

Joseph W. Allen, Esq.
Office of the U.S. Trustee
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202

David H. Ealy, Esq.
Cristo Law Group LLC
2 State Street, Suite 1000
Rochester, NY 14614

Re: Michael S. Tomaszewski
Case No. 20-10203

Gentlemen:

I am in receipt of your stipulation and proposed order to extend the time to object to the debtor's discharge under 11 U.S.C. § 727. The stipulation further indicates that the debtor is currently in Chapter 7. To the contrary, this is a proceeding under Chapter 11. Consequently, it is not obvious that section 727 would apply in this instance.

Before deciding the request to approve your stipulation, I will need some further explanation. For this reason, I have placed this matter on my General Motion Calendar at 10 AM on Monday, December 28. Your participation is welcome.

Very truly yours,

Carl L. Bucki
Chief U.S. Bankruptcy Judge

CLB/mrg