United States Bankruptcy Court
Western District of New York

In re:  Case No. 20-10203-CLB
Michael S. Tomaszewski  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-1      User: admin      Page 1 of 4
Date Rcvd: Feb 22, 2021      Form ID: pdfterm      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael S. Tomaszewski, 43 Edgewood Drive, Batavia, NY 14020-3906 |
| 21784133 | + | Brownell, Gary & Mary Ann, 1134 Marigold Ln., Albuquerque, NM 87122-1113 |
| 21784134 | + | Camillo, David, 494 Reiman St., Buffalo, NY 14212-2279 |
| 21784136 | + | EB Funding, LLC, c/o Williams, Babbit & Weisman, Inc., 1001 Yamato Road, Suite 302, Boca Raton, FL 33431-4403 |
| 21784140 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 21784141 | + | Newstead-Dibble, Maura C., 3330 Pratt Road, Batavia, NY 14020-9462 |
| 21784142 | + | Newtek Small Business Lending, 1981 Marcus Avenue, Suite 130, lake Success, NY 11042-1046 |
| 21784149 | + | Santander Consumer LLC, 5201 Ruge Snow Drive, Suite 400, North Richland Hills TX 76180-6036 |
| 21784150 | + | Shuknecht, Lee and Joan, 6277 Oak Orchard Rd., Elba, NY 14058-9798 |
| 21784152 | + | Traditional Funeral Products, Ltd., Robert Radel, 174 Franklin St., Buffalo NY 14202-2407 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.bu.ecf@usdoj.gov | Feb 22 2021 18:35:00 | Office of the U.S. Trustee, 300 Pearl Street, Suite 401, Olympic Towers, Buffalo, NY 14202-2523 |
| 21784135 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 22 2021 19:11:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 21784139 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 22 2021 18:35:00 | Internal Revenue Service, Insolvency Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 21784145 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 22 2021 18:35:00 | NYS Dept. of Tax & Finance, Attn: BK Unit, P.O. Box 5300, Albany, NY 12205-0300 |
| 21784143 | + | Email/Text: angela.abreu@northwest.com | Feb 22 2021 18:35:00 | Northwest Bank, 100 Liberty Street, P.O. Box 128, Warren, PA 16365-0128 |
| 21784146 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2021 19:11:22 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth Ann Bivona | on behalf of Creditor Marion Pickert bbivona@barclaydamon.com jweider@barclaydamon.com;nbishouty@barclaydamon.com;spanko@barclaydamon.com |
| Beth Ann Bivona | on behalf of Notice of Appearance Creditor Ann Feniello bbivona@barclaydamon.com jweider@barclaydamon.com;nbishouty@barclaydamon.com;spanko@barclaydamon.com |
| Beth Ann Bivona | on behalf of Creditor Virginia Steinbrenner bbivona@barclaydamon.com jweider@barclaydamon.com;nbishouty@barclaydamon.com;spanko@barclaydamon.com |
| Christopher P. Moen | on behalf of Notice of Appearance Creditor NYS Dept of Taxation and Finance christopher.moen@tax.ny.gov |
| Daniel E. Sarzynski | on behalf of Notice of Appearance Creditor Northwest Bank f/k/a Northwest Savings Bank sarzynski@ruppbaase.com hill@ruppbaase.com;greenlief@ruppbaase.com;wisniewski@ruppbaase.com |
| Daniel E. Wisniewski | on behalf of Notice of Appearance Creditor Ross Louis Fanara dwisniewski2@verizon.net  bmichalski1@verizon.net |
| David A. Shapiro | on behalf of Notice of Appearance Creditor Virginia Roth dshapiro@elderjusticeny.org |
| David A. Shapiro | on behalf of Notice of Appearance Creditor Susan Mickey dshapiro@elderjusticeny.org |
| David A. Shapiro | on behalf of Notice of Appearance Creditor Joyce Schultz dshapiro@elderjusticeny.org |
| David A. Shapiro | on behalf of Notice of Appearance Creditor Sandra Schultz-Pfeifer dshapiro@elderjusticeny.org |
| David A. Shapiro | on behalf of Notice of Appearance Creditor Robert Roth dshapiro@elderjusticeny.org |
| David A. Shapiro | on behalf of Notice of Appearance Creditor Betty Ridley dshapiro@elderjusticeny.org |
| David H. Ealy | on behalf of Debtor Michael S. Tomaszewski dealy@trevettcristo.com  rkernan@trevettcristo.com |
| Garry M. Graber | on behalf of Notice of Appearance Creditor Ronald Gibson ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Garry M. Graber | on behalf of Notice of Appearance Creditor John Laney ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Garry M. Graber | on behalf of Notice of Appearance Creditor Nancy Pender ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Garry M. Graber | on behalf of Notice of Appearance Creditor Dale Stiles ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Garry M. Graber | on behalf of Notice of Appearance Creditor Sue Ames ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Garry M. Graber | |

| | |
|---|---|
| Garry M. Graber | on behalf of Notice of Appearance Creditor Susan Schmigel ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Garry M. Graber | on behalf of Notice of Appearance Creditor Beverly Stiles ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Garry M. Graber | on behalf of Notice of Appearance Creditor Eleanor Mason ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Garry M. Graber | on behalf of Notice of Appearance Creditor Donald Schmigel ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Garry M. Graber | on behalf of Notice of Appearance Creditor Deborah Gibson ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Janice B. Grubin | on behalf of Notice of Appearance Creditor Ann Feniello jgrubin@barclaydamon.com |
| Janice B. Grubin | on behalf of Creditor Marion Pickert jgrubin@barclaydamon.com |
| Joseph W. Allen | USTPRegion02.bu.ecf@usdoj.gov Joseph.W.Allen@usdoj.gov |
| Larry Kerman | on behalf of Notice of Appearance Creditor Gary Brownell kermanlarry56@gmail.com tlnelson@blair-roach.com;gbrownell@abqsonosky.com |
| Larry Kerman | on behalf of Notice of Appearance Creditor Mary Ann Brownell kermanlarry56@gmail.com tlnelson@blair-roach.com;gbrownell@abqsonosky.com |
| Miranda L. Jakubec | on behalf of Notice of Appearance Creditor Northwest Bank f/k/a Northwest Savings Bank sharlette@ruppbaase.com greenlief@ruppbaase.com;hill@ruppbaase.com;wisniewski@ruppbaase.com |
| Robert J. Feldman | on behalf of Notice of Appearance Creditor Patricia A. Abrams rfeldman@gross-shuman.com lspula@gross-shuman.com;mmagaris@gross-shuman.com |
| Robert J. Feldman | on behalf of Notice of Appearance Creditor James Famiglietti rfeldman@gross-shuman.com lspula@gross-shuman.com;mmagaris@gross-shuman.com |
| Robert J. Feldman | on behalf of Notice of Appearance Creditor Martin and Sandra Ward rfeldman@gross-shuman.com lspula@gross-shuman.com;mmagaris@gross-shuman.com |
| Robert J. Feldman | on behalf of Notice of Appearance Creditor Anthony and Elaine Barniak rfeldman@gross-shuman.com lspula@gross-shuman.com;mmagaris@gross-shuman.com |
| Robert J. Feldman | on behalf of Notice of Appearance Creditor Raymond Follaco rfeldman@gross-shuman.com lspula@gross-shuman.com;mmagaris@gross-shuman.com |
| Robert J. Feldman | on behalf of Notice of Appearance Creditor Elaine and Ricky Bezon rfeldman@gross-shuman.com lspula@gross-shuman.com;mmagaris@gross-shuman.com |
| Ruth R. Wiseman | on behalf of Notice of Appearance Creditor Lawrence Simmons rw@andreozzibluestein.com mab@andreozzibluestein.com;r45652@notify.bestcase.com |
| Ruth R. Wiseman | on behalf of Notice of Appearance Creditor Robert Fryer rw@andreozzibluestein.com mab@andreozzibluestein.com;r45652@notify.bestcase.com |
| Ruth R. Wiseman | on behalf of Notice of Appearance Creditor Arlene Vanderwarker rw@andreozzibluestein.com mab@andreozzibluestein.com;r45652@notify.bestcase.com |
| Ruth R. Wiseman | on behalf of Notice of Appearance Creditor Elizabeth Fryer rw@andreozzibluestein.com mab@andreozzibluestein.com;r45652@notify.bestcase.com |
| Ruth R. Wiseman | on behalf of Notice of Appearance Creditor Patricia Simmons rw@andreozzibluestein.com mab@andreozzibluestein.com;r45652@notify.bestcase.com |

Terrie Benson Murray

    on behalf of Notice of Appearance Creditor Joseph L Maniace murray@cn-lo.com ward@cn-lo.com;r50664@notify.bestcase.com

Terrie Benson Murray

    on behalf of Notice of Appearance Creditor Samuel Paradise murray@cn-lo.com ward@cn-lo.com;r50664@notify.bestcase.com

Terrie Benson Murray

    on behalf of Notice of Appearance Creditor Joan Maniace murray@cn-lo.com ward@cn-lo.com;r50664@notify.bestcase.com

Terrie Benson Murray

    on behalf of Notice of Appearance Creditor Margaret E King murray@cn-lo.com ward@cn-lo.com;r50664@notify.bestcase.com

Terrie Benson Murray

    on behalf of Notice of Appearance Creditor Marygrace Paradise murray@cn-lo.com ward@cn-lo.com;r50664@notify.bestcase.com

TOTAL: 45

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:  
    MICHAEL S. TOMASZEWSKI  
               Debtor.

CHAPTER 11

BK No. 20-10203

Hon. Carl L. Bucki

**SECOND ORDER PURSUANT TO 11 U.S.C. §1121(e)(3)**
**EXTENDING TIME FOR CONFIRMATION OF PLAN**

Upon consideration of the motion of the Debtor in the above-captioned proceeding, by and through his attorneys, for an order extending the Debtor's time to obtain confirmation of a Chapter 11 Plan herein (the "Motion"); and the matter having come on before me to be heard at an adjourned Confirmation Hearing held on February 22, 2021; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and adequate notice of the Motion having previously been given to all creditors and parties in interest, and the United States Trustee; and it appearing that no other or further notice of the Motion need be given; and no opposition having been filed or appearing; and the Court having previously granted extensions of time to the Debtor to confirm a Chapter 11 Plan to February 22, 2021, by bench order on December 14, 2020, and by order dated December 14, 2020 (Docket No. 196), with leave for the Debtor to request further adjournments upon oral motion; and the Court having found and determined after due deliberation that the relief sought in the Motion is in the best interest of the Debtor, his estate, creditors, and parties in interest, and that just cause exists for the granting of the relief requested; it is

ORDERED, that the Motion is in all respects GRANTED; and it is further

1

ORDERED, that the time fixed pursuant to 11 U.S.C. §1129(e) for the Court to confirm a plan herein, be and hereby is extended to **March 15, 2021**; and it is further

ORDERED, that the motion of the United States Trustee to appoint a Chapter 11 Trustee, or to convert or dismiss this Chapter 11 proceeding (Docket No. 71), which was restored to this Court's calendar, be and hereby is adjourned to March 15, 2021, at 2:00 p.m.; and it is further.

ORDERED, that the Debtor is authorized, as it deems necessary, to seek further extension or extensions of time to obtain confirmation of a plan by oral motion made at any adjourned confirmation hearing or hearings.

Dated: February 22, 2021
Buffalo, New York



HON. CARL L. BUCKI, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
February 22, 2021
BANKRUPTCY COURT
BUFFALO, N.Y.