UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    MICHAEL S. TOMASZEWSKI                 Chapter 7
                                                                                        Case no. 20-10203-CLB
                                  Debtor(s).

**NOTICE OF MOTION**

**MOVANT:**                  Mark J. Schlant, As Chapter 7 Trustee

**DATE, TIME &**
**LOCATION OF**
**HEARING:**                   January 3, 2022; 10:00 a.m.
                                  U.S. Bankruptcy Court
                                  Robert H. Jackson United States Courthouse
                                  2 Niagara Square
                                  5th Floor - Orleans Courtroom
                                  Buffalo, New York 14202

**RELIEF REQUESTED:**     An Order directing Valerie A. Tomaszewski to turn over the estate's share of joint 2019 and 2020 federal and state income tax refunds due and remitted to her and/or the Debtor, together with such other and further relief as the Court deems just and proper.

**SUPPORTING PAPERS:**    Motion dated December 23, 2021.

Dated:        December 23, 2021
                 Buffalo, New York

                                               ZDARSKY, SAWICKI & AGOSTINELLI LLP
                                               Attorneys for the Chapter 7 Trustee
                                               s/ Mark J. Schlant
                                               By: Mark J. Schlant
                                               1600 Main Place Tower
                                               350 Main Street
                                               Buffalo, New York 14202
                                               Tel: (716) 855-3200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

MICHAEL S. TOMASZEWSKI          Chapter 7
                                                              Case no. 20-10203-CLB
                         Debtor(s).

## MOTION

       MARK J. SCHLANT, as Chapter 7 Trustee, by his attorneys Zdarsky, Sawicki & Agostinelli LLP, hereby respectfully represents:

       1.       He is the duly appointed, qualified and acting Chapter 7 Trustee herein.

       2.       On July 12, 2021, the Court granted an Order requiring the Debtor to turn over copies of his 2019 and 2020 income tax returns, and his share of his 2019 and 2020 income tax refunds. He turned over copies of the returns, which were filed jointly with his wife, Valerie A. Tomaszewski, showing in all that they jointly claimed refunds of $27,121.00, of which the Debtor's half was $13,560.50. That sum is due the estate, provided that the Debtor and Mrs. Tomaszewski receive that amount. In any event, the estate is due half of the amount actually received, when it is received. At last report from the Debtor's counsel, the refunds had not been received. The Trustee understands that the Debtor recently might have become somewhat limited in his ability to deal with matters such as this, and that the necessary arrangements might put Mrs. Tomaszewski in control of the funds. Therefore the Trustee wishes to secure Mrs. Tomaszewski's cooperation in effecting this turnover.

       **WHEREFORE,** the Trustee requests an Order directing Valerie A. Tomaszewski to turn over the estate's share of joint 2019 and 2020 federal and state income tax refunds due and remitted to her and/or the Debtor, together with such other and further relief as the Court deems

just and proper.

Dated: December 23, 2021
Buffalo, New York

                        ZDARSKY, SAWICKI & AGOSTINELLI LLP
                        Attorneys for the Chapter 7 Trustee

                        s/ Mark J. Schlant
                        By: Mark J. Schlant
                        1600 Main Place Tower
                        350 Main Street
                        Buffalo, New York 14202
                        (716) 855-3200

2

Case 1-20-10203-CLB, Doc 318, Filed 12/23/21, Entered 12/23/21 13:54:49, Description: Main Document , Page 3 of 3