

# TREVETT CRISTO
## ATTORNEYS

Writer's Direct Dial No.
(585) 784-1448

David H. Ealy, Partner
dealy@trevettcristo.com

December 29, 2021

Clerk, U.S. Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York 14614

Re: Michael S. Tomaszewski
BK No.: 20-10203

Dear Clerk:

PLEASE BE ADVISED that the address of the debtor in regard to the above-referenced proceeding has changed. The new address for the debtor is:

> Michael S. Tomaszewski
> c/o Valerie Tomaszewski
> 66 Clearfield Drive
> East Amherst, NY 14221

Please update your records accordingly.

Thank you for your cooperation and assistance.

Very truly yours,

TREVETT CRISTO

David H. Ealy

DHE/rk