UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    MICHAEL S. TOMASZEWSKI                      Chapter 7
                                                               Case no. 20-10203-CLB

                                  Debtor(s).

**ORDER**

       **UPON** the Chapter 7 Trustee's Notice of Motion dated December 23, 2021, and Motion dated December 23, 2021, with proof of due service of same, and upon hearing Zdarsky, Sawicki & Agostinelli LLP, attorneys for the trustee, Mark J. Schlant of counsel, in support of the motion, and Trevett Cristo, attorneys for the Debtor and for Valerie A. Tomaszewski, David H. Ealy of Counsel, with respect to the motion, on January 3, 2022; and there being no other appearance or submission in opposition or otherwise, and the Court having duly deliberated, it is hereby

       **ORDERED,** that Valerie A. Tomaszewski cooperate in effecting turnover to the Trustee, by check payable to "Mark J. Schlant as Trustee", of the estate's share of joint 2019 and 2020 federal and state income tax refunds due and remitted to her and/or the Debtor when such refunds are received.

       **SO ORDERED,** this 4th day of January, 2022.

                                                                        United States Bankruptcy Judge

FILED JAN - 4 2022 BANKRUPTCY COURT BUFFALO, NY