UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

MICHAEL S. TOMASZEWSKI

Debtor

Chapter 7
Case no. 20-10203-CLB

## ORDER

**UPON** the Application to Approve Compromise dated December 30, 2021, and the Notice of Trustee's Application to Settle Claim dated _JANUARY 3_, 2022, based on said Application with proof of due service thereof by the Clerk of the Court, and

**UPON** hearing Zdarsky, Sawicki & Agostinelli LLP, Mark J. Schlant of counsel, attorneys for the Trustee, on _JANUARY 31_, 2022, and there being no other submission or appearance in opposition to the motion or otherwise, good cause having been shown, the settlement being found to be in the best interests of the Debtor, creditors and the estate, and the Court having duly deliberated, it is hereby

**ORDERED** that the settlement as described in the said motion is approved; and it is further

**ORDERED** that Claim 81 of Complete Business Solutions Group, Inc. be and hereby is allowed as if timely filed in the amount of $140,905.95, but shall remain subject to any other objection which is not based upon the timing of its filing.

**SO ORDERED** this _31st_ day of _January_, 2022.

_____
United States Bankruptcy Judge

