# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:  
    Michael S. Tomaszewski

            Debtor(s)

Case No.: 1–20–10203–CLB  
Chapter: 7

SSN: xxx–xx–8916

## DEFICIENCY NOTICE

Claim # 81 filed by Complete Business Solutions Group, Inc. is missing page 2 of Official Form 410.

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[ ] Amendment is missing: [ ] Certificate of Service; [ ] Amended Summary of Assets & Liabilities; [ ] Cover Sheet; [ ] Supplemental Matrix containing only the additional creditors.
   To efile: [ ] Bankruptcy > Other > Cover Sheet; [ ] Bankruptcy > Other > Certificate of Service; [ ] Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.

[ ] The caption on the document filed does not match the case caption in CM/ECF.

[ ] Official Form 423 is missing. Without this Form AND certificate number, this case will be closed without entry of a discharge order. **To efile: Bankruptcy > Other > Financial Management Course**

[ ] Cover Sheet:

[ ] Certificate of service:

[ ] Proposed Order:

[ ] Other:

**ADDITIONAL INFORMATION:** *Contact Chambers for a hearing date & time at (716) 362–3281. Motion Practice can be found on the Court's website at: www.nywb.uscourts.gov*

[ ] This motion **WILL NOT** be considered by the Court.

[ ] To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.

[ ] To efile, **Bankruptcy >**

Date: February 18, 2022        Lisa Bertino Beaser, Clerk of the Bankruptcy Court  
                                    By: M. Pinto, Deputy Clerk

Form dfyother/Doc 341  
www.nywb.uscourts.gov