UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    MICHAEL S. TOMASZEWSKI                       Chapter 7
    SSN: xxx-xx-8916                              Case no. 20-10203-CLB
                           Debtor

MARK J. SCHLANT, TRUSTEE IN
BANKRUPTCY FOR MICHAEL S. TOMASZEWSKI
                      Plaintiff
                                                                  A.P. No. 22-01004-CLB
vs.

KEVIN BEZON ENTERPRISES, INC.
                      Defendant

## NOTICE OF HEARING TO COMPROMISE OR SETTLE

     **PLEASE TAKE NOTICE** that on _____August 29_____, 2022 at 10:00 a.m. a hearing will be held at the United States Bankruptcy Court, Robert H. Jackson U.S. Courthouse, 2 Niagara Square, 5th Floor - Orleans Courtroom, Buffalo, New York to hear and consider an application by Mark J. Schlant, as Chapter 7 Trustee herein, to authorize him to accept the sum of $4,000.00 in full settlement of claims to recover a transfer to the above-named Defendant in the amount of $18,000.00, and to execute and deliver documents necessary and appropriate to the consummation of this settlement, together with such other and further relief as the Court deems just and proper.

     The Trustee's motion papers, on file with the Court, indicate, among other things, that he asserts the following: In February 2020, the Debtor paid the sum of $18,000.00 in cash to the Defendant, with respect to construction services performed by the Defendant concerning property owned by Acme Holdings of New York, Inc., a corporation owned by the Debtor. The Trustee asserts that the said payment was a fraudulent transfer or preferential transfer, recoverable by the Trustee. The Defendant and the Trustee entered into settlement negotiations, in which the Defendant asserted defenses and represented that it has limited means with which to propose a financial resolution. The Defendant offered to pay the sum of $4,000.00 to the Trustee in full settlement of the Trustee's claims. The Trustee submits that said settlement is in the best interests of the estate, as it avoids the costs and risks of litigation and the costs and risks of other means of attempting to collect or realize the value of a judgment. Further details are on file with the Court.

                                                                        LISA BERTINO BEASER, Clerk
                                                                        U.S. Bankruptcy Court
August 3, 2022                                           Robert H. Jackson U.S. Courthouse
                                                                        2 Niagara Square
                                                                        Buffalo, New York 14202
                                                                        (716) 362-3200