**OFFICE OF THE CLERK**
**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
*Robert H. Jackson U.S. Courthouse*
*2 Niagara Square*
*Buffalo, New York 14202*

Lisa Bertino Beaser  Michael T. Powers
Clerk of Court  Chief Deputy Clerk

August 15, 2022

Lewis Grasso
20 Fordham Drive
Batavia, NY 14020-2730

    Re:    **Michael S. Tomaszewski**
            **Bankruptcy Case No.: 20-10203-CLB**

Dear Mr. Grasso:

This letter is in response to a document received by the Clerk's Office on August 11, 2022. Although that document has been placed on the electronic docket for the above-referenced case, no updates have been made to the mailing matrix.

The document appears to be attempting to change the address for a creditor listed in this case, Lewis Grasso, to "3 Traditions Place, Henrietta, NY 14467." However, the document is not signed. Without a signed request to change address by the creditor, the Court's records cannot be updated.

Because no changes have been made to the mailing matrix, notices and other documents will continue to be sent to Lewis Grasso at "20 Fordham Drive, Batavia, NY 14020-2730" and not to "3 Traditions Place, Henrietta, NY 14467." As a courtesy, this correspondence will be sent to Lewis Grasso at both addresses, but future notices or other documents, should there be any, **will only be sent to the 20 Fordham Drive address.** *Nothing further will be sent to the Traditions Pl address unless a signed notice of change of address is filed with the Court.*

                                  Very truly yours,

                                  Lisa Bertino Beaser
                                  Clerk of Court

                                          /s/
                            By:    Michelle Wood
                                    Operations Supervisor