

# TREVETT CRISTO
## ATTORNEYS

Writer's Direct Dial No.  
(585) 784-1448

David H. Ealy, Partner  
dealy@trevettcristo.com

August 22, 2022

Clerk, U.S. Bankruptcy Court  
2 Niagara Square  
Buffalo, NY 14202

Re: Michael Tomaszewski  
BK No.: 20-10203

Dear Clerk:

Please correct the mailing address on the Court's mailing list for the creditor listed below, as follows:

Current Matrix Address:

Betty Ridley  
3 Grandview Terrace  
Batavia, NY 14020-2805

Corrected Address:

Betty Ridley  
5378 Conable Way, Apt. 108  
Warsaw, NY 14569-9384

Thank you for your cooperation and assistance.

Very truly yours,

TREVETT CRISTO

David H. Ealy

DHE/rk

OFFICE (585) 454-2181 | FAX (585) 454-4026 | ADDRESS 2 State Street, Suite 1000, Rochester, New York 14614 | TREVETTCRISTO.COM