UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

MICHAEL S. TOMASZEWSKI,   Case No. 20-10203-CLB

Debtor.

# CERTIFICATE OF SERVICE

I, Melissa A. Brennan, hereby certify that on January 9, 2023, I electronically filed the CONSENT TO SUBSTITUTE ATTORNEY ON BEHALF OF ARLENE VANDERWARKER with the Clerk of the Bankruptcy Court using its CM/ECF system.

I further certify that on January 12, 2023, I caused a copy of the foregoing to be served via the United States Postal Service First Class Mail on the following CM/ECF participants and non-participants:

| David H. Ealy, Esq.<br>Cristo Law Group LLC dba Trevett Cristo<br>2 State Street, Suite 1000<br>Rochester, NY 14614 | Mark J. Schlant, Esq.<br>1600 Main Place Tower<br>350 Main Street<br>Buffalo, New York 14202 |
|---|---|
| Joseph W. Allen, Esq.<br>Assistant United States Trustee<br>Olympic Towers<br>300 Pearl Street, Suite 401<br>Buffalo, NY 14202 | |

Dated: January 12, 2023

/s/ Melissa A. Brennan
Melissa A. Brennan
Paralegal
**Andreozzi Bluestein LLP**
9145 Main Street
Clarence, New York 14031
Telephone: (716) 633-3200