UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    MICHAEL S. TOMASZEWSKI,         Case No.: 20-10203-CLB

    Debtor.

## CONSENT TO SUBSTITUTE ATTORNEY

The undersigned do hereby consent and agree that Ruth R. Wiseman, Esq., of Andreozzi Bluestein LLP, lead attorney of record for creditor Elizabeth Fryer, be changed, and that Daniel F. Brown, Esq., of Andreozzi Bluestein LLP, be substituted in the place and stead of Ruth R. Wiseman, Esq. as lead attorney of record for creditor Elizabeth Fryer in the above-captioned matter.

The address, telephone number and e-mail address of successor attorney:

Daniel F. Brown, Esq.
Andreozzi Bluestein LLP
9145 Main Street
Clarence, New York 14031
Telephone: (716) 633-3200
Facsimile: (716) 633-0301
E-mail: dfb@andreozzibluestein.com

Your signature, individually, or on behalf of your law firm, acknowledges your intent to substitute attorney and to authorize the Court to take any steps necessary to effectuate this change.

Dated: January 30, 2023                        /s/ Ruth R. Wiseman
                                                                Ruth R. Wiseman, Esq.
                                                                Andreozzi Bluestein LLP

Dated: January 30, 2023                        /s/ Daniel F. Brown
                                                                Daniel F. Brown, Esq.
                                                                Andreozzi Bluestein LLP

Dated: January 30, 2023                        /s/ Elizabeth L. Fryer
                                                               Elizabeth Fryer